UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARCHIRODON CONSTRUCTION
(OVERSEAS) COMPANY LIMITED,

          Petitioner,

   v.

GENERAL COMPANY FOR PORTS
OF IRAQ, MINISTRY OF TRANSPORT
OF THE REPUBLIC OF IRAQ,
and REPUBLIC OF IRAQ,

          Respondents.

No. _____

## DECLARATION OF AHMED SHEBL

AHMED SHEBL declares as follows pursuant to 28 U.S.C. § 1746:

1. I am the Regional Manager – Gulf of petitioner Archirodon Construction (Overseas) Co. Ltd. and submit this declaration in support of its petition to confirm a foreign arbitral award against the General Company for Ports of Iraq, the Ministry of Transport of the Republic of Iraq, and the Republic of Iraq. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibit A is a true and correct certified copy of the Final Award of a tribunal of the International Court of Arbitration of the International Chamber of Commerce in *Archirodon Construction (Overseas) Co. Ltd. v. General Company for Ports of Iraq*, ICC Case No. 21785/ZF/AYZ, dated November 25, 2019, which includes and incorporates a Partial Final Award dated June 4, 2019.

3. Attached as Exhibit B is a true and correct certified copy of the Contract for the Construction of the Staging Pier / Eastern Breakwater for Al Faw Grand Port in Iraq, dated November 22, 2012, including the Special (Particular) Conditions for the Contract.

1

4. Attached as Exhibit C is a true and correct copy of relevant excerpts from the International Federation of Consulting Engineers' *Conditions of Contract for Plant and Design-Build* (1st ed. 1999), also known as the "FIDIC Yellow Book," and referred to in the Contract as the "General Conditions."

5. Attached as Exhibit D is a true and correct copy of the tender announcement by the Iraqi Ministry of Transport and General Company for Ports of Iraq for the construction of the staging pier at the Al-Faw peninsula, issued on or around May 15, 2012.

6. Attached as Exhibit E is a true and correct copy of a letter from the General Company for Ports of Iraq to the Ministry of Transport dated January 20, 2013, together with a certified translation.

7. Attached as Exhibit F is a true and correct copy of minutes memorializing an October 15, 2015, meeting titled "Meeting between Employer (Ministry of Transport), Contractor (Archirodon Construction (Overseas) S.A.) and Engineer (Technital): To discuss the Request for an Extension of Time of the Contractor for the Eastern Breakwater."

8. Attached as Exhibit G is a true and correct copy of minutes memorializing an October 27-29, 2015, meeting titled "Contract for the construction of the Al Faw East Breakwater: Claims presented by Archirodon (ARCO)."

9. Attached as Exhibit H is a true and correct copy of a letter from the General Company for Ports of Iraq to Archirodon dated November 18, 2015.

10. Attached as Exhibit I is a true and correct copy of a letter from Technital to Archirodon dated November 26, 2015.

11. Attached as Exhibit J is a true and correct copy of a letter from Technital to Archirodon dated November 29, 2015.

12. Attached as Exhibit K is a true and correct copy of a letter from the General Company for Ports of Iraq to Archirodon dated December 2, 2015.

13. Attached as Exhibit L is a true and correct copy of minutes memorializing a December 10, 2015, meeting titled "Meeting between Employer (Ministry of Transport) and Archirodon Construction: To discuss the Request for an Extension of Time of the Contractor for the Eastern Breakwater."

14. Attached as Exhibit M is a true and correct copy of the transcript of Day 4 of the arbitration hearing, dated July 19, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 3, 2022
Dubai, United Arab Emirates

_____
Ahmed Shebl