# EXHIBIT B

# SAVILLE & CO.

## — SCRIVENER NOTARIES —

Saville Notaries LLP   11 Old Jewry   London EC2R 8DU
Tel: +44 (0)20 7776 9800   www.savillenotaries.com   mail@savillenotaries.com

Sophie Milburn   Nicholas Thompson   Robert Kerss   Andrew MacNab   Christopher Higgins*

Eleonora Ceolin*   Kyriaki Manika*   Katia Fallow

TO ALL TO WHOM THESE PRESENTS SHALL COME, I ROBERT SCOTT KERSS of the City of London NOTARY PUBLIC by royal authority duly admitted and sworn DO HEREBY CERTIFY that the photographic copy hereunto annexed is a true copy of the original **contract for the construction of the Staging Pier/ Eastern Breakwater for Al Faw Grand Port in Iraq**, I having carefully collated and compared the said copy with the said original and found the same to agree therewith.

IN FAITH AND TESTIMONY WHEREOF I the said notary have subscribed my name and set and affixed my seal of office at London, England, this sixth day of October two thousand and twenty one.






Saville & Co. Scrivener Notaries is the trading name of Saville Notaries LLP, a limited liability partnership registered in England and Wales with registered number OC420687 and with registered office at 11 Old Jewry, London EC2R 8DU

Regulated through the Faculty Office of the Archbishop of Canterbury

*General Notary

| | **APOSTILLE** | | |
|---|---|---|---|
| | (Convention de La Haye du 5 octobre 1961) | | |
| 1. | **Country:** <br> Pays / Pais: | United Kingdom of Great Britain and Northern Ireland | |
| | **This public document** <br> Le présent acte public / El presente documento público | | |
| 2. | **Has been signed by** <br> a été signé par <br> ha sido firmado por | Robert Scott Kerss | |
| 3. | **Acting in the capacity of** <br> agissant en qualité de <br> quien actúa en calidad de | Notary Public | |
| 4. | **Bears the seal / stamp of** <br> est revêtu du sceau / timbre de <br> y está revestido del sello / timbre de | The Said Notary Public | |
| | **Certified** <br> Attesté / Certificado | | |
| 5. | **at** <br> á / en   London | 6. **the** <br> le / el día | 07 October 2021 |
| 7. | **by** <br> par / por | Her Majesty's Principal Secretary of State for <br> Foreign, Commonwealth and Development Affairs | |
| 8. | **Number** <br> sous no / bajo el numero | APO-2634059 | |
| 9. | **Seal / stamp** <br> Sceau / timbre <br> Sello / timbre | 10. **Signature** <br> Signature <br> Firma | N. Major |

This Apostille is not to be used in the UK and only confirms the authenticity of the signature, seal or stamp on the attached UK public document. It does not confirm the authenticity of the underlying document. Apostilles attached to documents that have been photocopied and certified in the UK confirm the signature of the UK official who conducted the certification only. It does not authenticate either the signature on the original document or the contents of the original document in any way.

If this document is to be used in a country not party to the Hague Convention of the 5th of October 1961, it should be presented to the consular section of the mission representing that country

To verify this apostille go to www.verifyapostille.service.gov.uk

---

**Contract for the Construction of the Staging Pier / Eastern Breakwater for Al Faw Grand Port in Iraq**

---

Publication Reference: **Tender N° FGP/T – 01**

The General Company for Ports of Iraq (GCPI),
("The Contracting Authority"),

of the one part,

And

ARCHIRODON CONSTRUCTION (OVERSEAS) COMPANY SA,
Registration number Volume 815 Page 330 Entry 144259
P. O. Box 816 – 0233
Panama 5, Panama
Headquarters Branch:
<u>17, Ferdinand Hodler</u>
<u>1207 Geneva Switzerland.</u>

("the Contractor")

of the other part,

have agreed as follows:

## PROJECT

**Construction of the Staging Pier for Al Faw Grand Port in Iraq**

**CONTRACT [FGP/ C-01]**

Whereas the Contracting Authority is desirous that certain works should be executed by the Contractor, viz: **Construction of the Staging Pier for Al Faw Grand Port in Iraq** and has accepted a tender by the Contractor for the execution and completion of such works and the remedying of any defects therein

**It is hereby agreed as follows:**

Article 1.  In this contract words and expressions shall have the meanings assigned to them in the contractual conditions set out below.

Article 2.  The following documents shall be deemed to form and be read and construed as part of this contract, in the following order of precedence:

1. The Contract Agreement
2. The Letter of Tender
3. The Special (Particular) Conditions
4. The General Conditions (FIDIC Yellow Book)
5. The Employer's Requirements
6. The Schedules (Including the Breakdown of Price)
7. The Contractor's Proposal and any other documents forming part of the Contract

Addenda shall have the order of precedence of the document they are modifying.



Article 3.   In consideration of the payments to be made by the Contracting Authority to the Contractor as hereinafter mentioned, the Contractor undertakes to execute and complete the works and remedy defects therein in full compliance with the provisions of the contract within the time schedule proposed of 18 months.

Article 4.   The Contracting Authority hereby agrees to pay the Contractor in consideration of the execution and completion of the works and remedying of defects therein the lump sum amount of 204,166,506.38 Euro (two hundred four million one hundred sixty six thousand five hundred six Euro and thirty eight cents) which includes all taxes and duties applied at the time of signature of present Contract in Iraq.
As soon as practically possible after the signature of the present Contract, the Contracting Authority shall start the procedure necessary to open a Letter of Credit in favour of the Contractor for the whole amount of the contract, but the advance payment will be separately invoiced. It is a Contractor option to then confirm the Letter of Credit at its discretion. It is agreed that the Letter of Credit will be arranged in two stages: the first stage being arranged as soon as practically possible for the amount in Euro equivalent to 200,000,000,000 Iraqi Dinar while the second stage will be arranged within June 30th, 2013 and it will cover the balance up to whole amount.

In witness whereof the parties hereto have signed the contract.

This contract shall take effect on the date November 22nd, 2012 on which it is signed by both parties

Done in English in three originals, two originals being for the Contracting Authority/ and one original being for the Contractor.

**For the Contracting Authority**

Hadi – ALAMeri
Minister of Transportion

**For the Contractor**



Witness by the Consultant




| | |
|---|---|
| **SPECIAL (PARTICULAR) CONDITIONS** <br> **(modifying Clauses and Sub-Clauses of the General Conditions)** | |
| Sub-Clause 1.1.2.2 | The Employer is: General Company for Ports of Iraq (GCPI) <br><br> The Employer's Address is: Basrah, Maqil. <br><br> The Employer's Representative is: Mr. Chef Eng. Asaad Rashid <br><br> Mob: +964.7705731980 <br><br> E-mail: asaad_rashid@yahoo.com; fawgport.pm@gmail.com <br><br> Source of Funds is: the National Budget of the Republic of Iraq. |
| Sub-Clause 1.1.2.3 | The Contractor is: ARCHIRODON CONSTRUCTION (OVERSEAS) COMPANY SA <br><br> The Contractor's Mailing Address is: <br><br> Dubai Investment Park <br> Plot no. 598-676 <br> Block no.2 <br> PO Box 52150 <br> Dubai, UAE <br><br> The Contractor's Representative is: Gerassimos Markatos (who will delegate for the purpose of Clause 4.3 a person present on site) <br><br> Tel. +9714-8994999 <br><br> Mob. +97150-4579910 <br><br> E-mail: <br><br> regionalofficegulf@archirodon.net <br><br> GMarkatos@archirodon.net |
| Sub-Clause 1.1.2.4 | The Engineer is: Technital S.p.A., representing IECAF Consortium <br><br> The Engineer's Address is: Via Cassano D'Adda 27/1 20139 Milano <br><br> The Engineer's Representative is: Mr. Alberto Scotti <br><br> Tel. +39.02.5357131 <br><br> E-mail: alberto.scotti@technital.it |
| Sub-Clause 1.1.4.6 | The currency is Euro |
| Sub-Clause 1.3 Communications | The Language for communications is English |
| Sub-Clause 1.4 Law and Language | The Law of the Contract is the Iraqi Law. <br> General Conditions and the Particular Conditions shall be written in English and Arabic. <br> In case of discrepancies between the English and the Arabic version, English shall prevail. |
| Sub-Clause 1.5 Priority of Documents | The documents forming the Contract are in the following order of precedence: <br><br> 1. The Contract Agreement <br> 2. The Letter of Tender <br> 3. The Special (Particular) Conditions <br> 4. The General Conditions <br> 5. The Employer's Requirements <br> 6. The Schedules (Including the Breakdown of Price) <br> 7. The Contractor's Proposal and any other documents forming part of the Contract. |
| Sub-Clause 3.6 Management Meetings | *(To be added)* <br> The Engineer or the Contractor's Representative may require the other to attend a management meeting in order to review the arrangements for future work. The Engineer shall record the business of management meetings and supply copies of the record to those attending the meeting and to the Employer. |
| Sub-Clause 4.2 | *(To be added)* |



| | |
|---|---|
| Performance Security | The Performance Security is 10% of contract price and the related text will be approved by the Engineer. |
| Sub-Clause 4.4 Subcontractors | *(To be added)* The Contractor shall not subcontract more than 50% of the Works and subcontractors are subject to the Engineer's approval. |
| Sub-Clause 4.25 Provision of Equipment for Engineer. | The Contractor shall provide board and lodging and safety and security for the Engineer personnel for all the duration of works.<br><br>In such circumstances, the term "security" just mentioned has to be intended also against acts of terrorism, attacks, bombing, outrages, etc.<br><br>The Contractor shall supply, install and maintain at his expenses a temporary building containing offices and facilities for use of the Engineer. This building shall consist at least of 10 offices of 12 sq.m. each and one meeting room of 20 sq.m. The building shall be air conditioned and equipped with 10 furnished bedrooms, toilets and furnished kitchenette. *A specification 'Temporary Camps – Key Requirements' is available from the Engineer for guidance to the Contractor, if required.*<br><br>The building shall be equipped with the following:<br><br>1. 5 telephone lines, connected to a switchboard, 2 phones per line.<br>2. 8 cellular phones: a mobile telephone base station with radio link to general mobile phone network shall be provided at the construction site. Network to have local, national and international calling capabilities.<br>3. Internal data network (LAN) with connection to land based communication system through a microwave link ensuring broadband internet connection (adequate downloading and uploading capacities for Project).<br>4. 10 PC including all accessories and software and connected to a server<br>5. 1 external storage Hard Drive with minimum storage capacity of 1000 Gb.<br>6. 1 A3 colour inkjet printer/copier<br>7. 1 A4 laser printer/copier<br>8. 2 Black & White A4 printers<br>9. 1 A3 scanner<br>10. 1 laser fax<br>11. 2 portable electronic devices e.g. Tablet / Laptop<br>12. 10 office tables - with 1 drawer cabinet with each, and 1 suitable office chair with each<br>13. 10 computer tables<br>14. 1 meeting room table and chairs for 10 persons<br>15. 2 refrigerators<br>16. 1 water heater<br>17. Supply of consumables – pens, pencils, A4 & A3 paper, A4 lever arch folders etc<br>18. 5 large filing units, with locks.<br>19. Personal Protective Equipment (PPE) for 10 persons<br>20. Provide three (3) vehicles for the sole and continuous use of the Engineer – as a minimum they should be 4 wheel drive, suitable for the Project site environment. They should be air conditioned. The Contractor shall clean the vehicles at least once a week and shall arrange for servicing, until 6 weeks after the effective date of the issue of the Taking over Certificate for the whole of the works or such earlier times as instructed by the Engineer, whereupon the vehicle shall be removed from site.<br>21. Provide or <u>provide access</u> to an A0/A1 plotter.<br><br>Prior to the construction of the camp on site the Contractor is to provide to the Engineer drawings and details of the Camp layout and its facilities. The Camp is to be constructed (to satisfy as a minimum standard Temporary Camp requirements), managed and maintained in manner that ensures the Health, Welfare and well being of the Engineer's Staff and the camp population is of a satisfactory standard to allow them carry out there works. The detail and standard of all communication systems is to be indicated. Emergency procedures are to be put in place in the camp and communicated to all.<br><br>The Contractor shall provide access to (or provide separately for) the Engineer of the |



| | |
|---|---|
| | surveying, inspection and materials testing equipment, used by the Contractor, for the survey and inspection of Completed Work by the Engineer and his staff. The Contractor or his representatives may be present during their use by the Engineer. The Engineer will give reasonable notice as to when they are required. |
| Sub-Clause 5.2 Contractor's Document | *(To be added)* Each review period shall not exceed 21 days, calculated from the date on which the Engineer receives a Contractor's Document and the Contractor's Notice. |
| Sub-Clause 6.5 Working Hours | The working hours are 8 hours per day, according to the local legislation |
| Sub-Clause 6.8 Contractor's Superintendence | *(To be replaced by)* (a) In accordance with Clause 6.8, throughout the design and execution of the Works, and as long thereafter as is necessary to fulfil the Contractor's obligations, the Contractor shall provide all the necessary superintendence to plan, arrange, direct, manage, inspect and test the works. Superintendence shall be given by a sufficient number of persons having adequate knowledge of the language for communications (Clause 1.4, and as stated in the Appendix to Tender) and of the operations to be carried out (including the methods and techniques required, the hazards likely to be encountered and methods of preventing accidents), for the satisfactory and safe execution of works. The Contractor is required to maintain the Key Positions (Contractor's Project Manager, Site Manager (Civil Engineer), Marine Engineer) as specified in the Tender Documents Volume 1, Section 1, Sub-Clause 12.1.7, Addendum 3 and as proposed by the Contractor with the last communication dated October 26th, 2012. A Statement of Availability of the appointed persons for each key position, for the length of the Project, must signed and submitted to the Engineer by the Contractor, prior to the Commencement Date. The Contractor is required to ensure these three positions are filled by the three persons stated in the Contractor's Tender Document including the last communication dated October 26th, 2012. The Contractor shall not, without prior consent of the Engineer, revoke these three appointments or appoint a replacement. The Contractor shall ensure throughout the design and execution of the Works, and as long thereafter as is necessary to fulfil the Contractor's obligations that the Key Position Experts are in attendance on the Project Site for a minimum duration of 75% of period. When they are not on site the Contractor shall submit to the Engineer a suitable short term replacement for approval. In the submission for approval the Contractor shall confirm to the Engineer what delegated powers the replacement will have, and information on a method of communication in case it is required to make contact with the key position expert, by the Engineer or the Client, during any absence. The Engineer will grant his consent only if it judges the substitute has equivalent or of higher characteristics then the original one according of the grid of evaluation used for the evaluation of the tender offer. The Engineer is not bound to accept all candidates and his judgment is final and unquestionable. In case of necessity of replacement of a key expert, the Engineer will judge unquestionably the replacement by the same approach. If the Contractor will not provide a suitable according the Engineer expert for the vacant position within 20 calendar days, the Engineer is entitled to withhold approval for any payment due indefinitely till when the substitute will be present on site. |
| Sub-Clause 7.1 Manner of Execution | *(To be added)* It is agreed that as far as the dredging is concerned the Volume 3, Section 2 Technical Specification applied but for the following: dredging works include as per the Contractor's proposal dredging of basin and breakwater toe to the designed levels and dumping the dredged material at an offshore dumping area in a location to be agreed with the Engineer at a distance of at least 4 miles; in addition, the Contractor shall dredge up to 100,000 cubic meter at a location agreed with the Engineer and pump the dredged materials into sedimentation ponds up to a maximum distance of 4.0 km for future use by Employer. |
| Clause 8.1 Commencement of Work | *(To be replaced by)* The Engineer shall give the Contractor not less than 10 days' notice of the Commencement Date. In accordance with the Appendix to Tender the Commencement Date shall be 10 days from the day of signing of the Contract Agreement by the Employer. The Contractor shall commence the design and execution of the Works as soon as is reasonably |

| | |
|---|---|
| | practicable after the Commencement date, and shall then proceed with the Works with due expedition and without delay. |
| Sub-Clause 8.2 Time for Completion | *(To be added)*<br>The time for completion is 18 months |
| Sub-Clause 8.3 Deadline for submission of implementation programme | *(To be added)*<br>(e) When requested by the Engineer, the Contractor must submit an update of the submission of the implementation programme, within 7 days of the Engineer's request. |
| Sub-clause 8.7 Delay Damages | *(To be added)*<br>The Delay damages amount to 0,1% per day of the contract price.<br>The limit of the liquidated damages for delay is 10% of the contract price. |
| Sub-Clause 8.13 Supervision Costs in the event of a delay by the Contractor. | *(To be added)*<br>If the Contractor fails to comply with Sub-Clause 8.2 (Time for Completion) the Employer shall instruct the Engineer to deduct from the Contractor's Statements the full cost, to the Employer, of maintaining the Engineer's Supervision Team on the Project, for as long as required for the Contractor to comply with Sub-Clause 8.2 (Time for Completion).<br>The amount has to be within the limit of the delay damages (sub-clause 8.7). |
| Sub-Clause 11.1 Completion of Outstanding Work and Remedying Defects | *(To be replaced by)*<br>The Defects Notification period is 365 (three hundred and sixty five) days<br>In order that the Works and Contractor's Documents, and each Section, shall be in the condition required by the Contract (fair wear and tear excepted) by the expiry date of the relevant Defects Notification Period, the Contractor shall:<br>  (a) Complete any work, which is outstanding on the date stated in a Taking-Over Certificate or within 2 months from the date agreed, in writing.<br>  (b) Execute all work required to remedy defects or damage or improve performance failures, as maybe notified by (or on behalf) of the Employer within a 2 month period, or before the expiry date of the Defects Notification Period for the Works or Section (as the case may be).<br>If a defect appears or damage occurs, the Contractor shall be notified accordingly, by (or on behalf of) the Employer. |
| Sub-clause 11.4 Failure to Remedy Defects | *(To be added)*<br>The period for improving performance failures is 2 (two) months. |
| Sub-Clause 14.2 Advance Payment | *(To be added)*<br>The advance payment (also pre-financing) is up to 10% of the original contract price subject to the presentation of a valid bank guarantee covering the amount of such advance. The pre-financing is repaid with 10% of each payment certificate. |
| Sub-Clause 14.4 Schedule of Payments | *(To be replaced)*<br>(a) The instalments quoted in the schedule of payments – *Financial Breakdown of the Lump Sum* (as submitted by the Contractor and further broken-down as included in the Schedule of the present Contract), shall be the estimated contract values for the purposes of sub-paragraph (a) of Sub-Clause 14.3 (Application for Interim Payment Certificates). These instalments are against completion of corresponding work items as described in the Schedule of Payments. Upon completion of work item(s), and subject to verification by the Engineer in accordance with the Contract, the corresponding installment(s) shall be due for payment and the Contractor shall be entitled to apply for interim payment accordingly.<br><br>It is therefore agreed and clarified that payments are not intended as final approval of the of works linked to a specific item and if instructed by the Engineer, the Contractor is bound to will carry out not only the remedies are necessary but also the adjustments might naturally occur (i.e. settlements, etc.) on a specific item even after the related payment has been authorized. |
| Sub-Clause 14.6 Issue of Interim Payment Certificates. | *(To be replaced by)*<br>No amount will be certified or paid until the Employer has received and approved the Performance Security. Thereafter, the Engineer shall, within 22 days after the end of the month when the Contractor submitted a Statement and supporting documents, issue to the Employer an Interim Payment Certificate which shall state the amount which the Engineer fairly determines to be due, with supporting particulars.<br>However, prior to issuing the Taking-Over Certificate for the Works, the Engineer shall not be bound to issue an Interim Payment Certificate in an amount which would (after retention and other deductions) be less that, the minimum amount of Interim Payment Certificates stated in the Appendix to Tender (250,000 euro). In this event the Engineer |

| | |
|---|---|
| | shall give notice to the Contractor accordingly.<br>An Interim Payment Certificate shall not be withheld for any other reason, although:<br>    (a) if anything supplied or work done by the Contractor is not in accordance with the Contract, the cost of rectification or replacement may be withheld until rectification or replacement has been completed<br>    (b) if the Contractor was or is failing to perform any work or obligation in accordance with the Contract (including Clause 6.8, Contractor's Superintendence, of the Special Conditions) , and had been so notified by the Engineer, the value of this work or obligation may be withheld until the work or obligation has been performed.<br>The Engineer may in any Payment Certificate make any correction or modification that should properly be made to any previous Payment Certificate. A Payment Certificate shall not be deemed to indicate the Engineer's acceptance, approval, consent or satisfaction. |
| Sub-Clause 14.7 Payment. | *(Parts (b) & (c) to be deleted and replaced by)*<br>The Employer shall instruct the Bank which issued the Letter of Credit to settle the invoices within 45 days form the end of the month when the Contractor submitted the invoice and supporting document unless an objection will be raised either by the Engineer or the Employer:<br>(b) the amount certified in each Interim Payment Certificate within 45 days after the Engineer receives the Statement and supporting documents; and<br>(c) the amount certified in the Final Payment Certificate within 45 days after the Employer receives this Payment Certificate. |
| Sub-Clause 14.9 Payment of Retention Money | *(To be added)*<br>The Retention Money to be applied to each payment is equal to 10%. The Contractor is entitled to receive the first half of the Retention Money when the Taking-Over Certificate has been issued for the Works, and the Works have passed all specified tests (including Tests after Completion, if any). As far as the second half of the Retention Money is concerned, the Contractor may apply for the early release with the submission of a Retention Money Bank Guarantee. |
| Sub-Clause 18.1 General Requirements for Insurances | *(To be added)*<br>The insurances must be submitted within 30 days of the notification of the commencement date. |
| Sub-Clause 18.3 Insurance against Injury to Persons and Damage to Property | *(To be added)*<br>The contractor shall effect third party insurance for a limit not less than 10,000,000 euro per accident/year with the numbers of occurrences unlimited. The Contractor shall use his best endeavours to maintain the professional indemnity insurance in full force and effect during the Defect Liability Period<br><br>The Contractor undertakes to notify the Employer promptly of any difficulty in extending, renewing or reinstating the insurances. |
| Sub-Clause 18.5 Amount of insurance for design. | *(To be added)*<br>The Contractor shall effect professional indemnity insurance, which shall cover the risk of professional negligence in the design of the Works. This insurance shall be for a limit of not less than 5,000,000 euro per accident/year. The Contractor shall use his best endeavours to maintain the professional indemnity insurance in full force and effect during the Defect Liability Period.<br><br><br>The Contractor undertakes to notify the Employer promptly of any difficulty in extending, renewing or reinstating the insurances. |
| Clause 20<br>Claims Disputes and Arbitration | *(to be replaced)*<br>The Parties shall initially attempt to settle amicably all disputes or claims arising out of or in connection with this Contract.<br><br><br>Failing such attempt, either Party may, by virtue of a notice to the other Party, refer the matter to the Parties' senior executives for further amicable settlement attempt. The notice shall also appoint an authorised senior executive of the notifying Party and the other Party |



shall respond and appoint its authorised senior executive.

The two senior executives of the Parties shall meet within 15 days, or any other mutually agreed time, to reach an amicable settlement of the notified dispute(s). If an amicable settlement is not reached within 30 (thirty) days from the date the dispute was referred to the Parties' senior executives, then the dispute shall be finally settled by Arbitration as stated in Article 11 (Mechanism for resolving disputes after signing the contract) of the "Instructions of governmental contracts implementation no. (1)/2008". The Arbitration shall be conducted under the Rules of the International Chamber of Commerce and the venue shall be Genève


