# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHIRODON CONSTRUCTION (OVERSEAS) COMPANY LIMITED,<br><br>Petitioner,<br><br>v.<br><br>GENERAL COMPANY FOR PORTS OF IRAQ, et al.,<br><br>Respondents. | Case No. 22-cv-1571 (JEB) |

## **APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Respondents General Company for Ports of Iraq, Ministry of Transport of the Republic of Iraq, and the Republic of Iraq.

Dated: February 15, 2024

PIERSON FERDINAND LLP

   /s/ *Gene M. Burd*
Gene M. Burd (D.C. Bar No. 1004330)
1101 Pennsylvania Ave, NW, Suite 300
Washington, DC 20005
Telephone Number: 202.750.0529
gene.burd@pierferd.com

*Counsel for Respondents General Company for Ports of Iraq, Ministry of Transport of the Republic of Iraq, and the Republic of Iraq*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document has been served via the Court's ECF system on February 15, 2024.

/s/ *Gene M. Burd*
Gene M. Burd (D.C. Bar No. 1004330)
