UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARCHIRODON CONSTRUCTION
(OVERSEAS) COMPANY LIMITED,

Petitioner,

v.

GENERAL COMPANY FOR PORTS
OF IRAQ, MINISTRY OF TRANSPORT
OF THE REPUBLIC OF IRAQ,
and REPUBLIC OF IRAQ,

Respondents.

Case No. 22-cv-01571 (JEB)

**CONSENT MOTION FOR EXTENSION OF BRIEFING DEADLINES CONCERNING PETITIONER'S MOTION TO COMPEL**

Respondents respectfully move for an extension of the briefing schedule relating to Petitioner's [47] motion to compel responses to asset discovery requests until 14 days after Respondents' counsel [48] motion to withdraw is resolved. Pursuant to LCvR 7(m), counsel for Respondents and Petitioner have conferred as to the extension, and counsel for Petitioner consented to this motion. The grounds for this motion are as follows.

Petitioner sought to recognize and enforce arbitration award against Respondents. Respondents in this case are a foreign state or its agencies and instrumentalities. The Court issued a judgment in favor of Petitioner and against Respondents on February 1, 2024. On May 24, 2024, Respondents filed [35] motion for relief from judgment and [36] motion to dismiss. On August 16, the Court issued [43] order and [44] memorandum opinion denying motion for relief and motion to dismiss. On October 14, 2024, Petitioner filed [47] motion to compel responses to asset discovery requests. On October 16, 2024, Respondents counsel filed [48] motion to withdraw as counsel citing non-payment of bills and failure to communicate by Respondents. In particular,

Respondents' counsel indicated that Respondents had been advised of their obligation to comply with discovery but received no response. ECF No. 48 at 5. Petitioner's response to the motion to withdraw is currently pending. By this motion, Respondents are seeking an extension of time to file response to the motion to compel until the motion to withdraw is resolved.

Pursuant to Fed. R. Civ. P 6(b)(1)(A), the court, for good cause may extend time within which to comply with an obligation if the request is made before the original time for compliance. *See Fudali v. Pivotal Corp.*, Civil Action No. 03-1460 (JMF), 2011 U.S. Dist. LEXIS 3709, at *3 (D.D.C. Jan. 14, 2011). "What constitutes good cause . . . necessarily varies with the circumstances of each case." *Watt v. All Clear Bus. Sols., LLC*, 840 F. Supp. 2d 324, 326 (D.D.C. 2012). Pending motion to withdraw constitute good cause for an extension. *See, e.g.*, *Khondker Nasreen v. Capitol Petroleum Grp., LLC*, Civil Action No. 20-1867 (TJK), 2021 U.S. Dist. LEXIS 219615 (D.D.C. Nov. 15, 2021) (determining that good cause existed to amend the scheduling order given the court's decision to permit counsel for the plaintiff to withdraw).

Good cause for the sought extension exists here. Respondents' counsel filed their motion to withdraw. In particular, Respondents' counsel is unable to file response to the motion to compel in the absence of instructions from the client. *See* ECF No. 48 at 5. Respondents' counsel repeatedly requested that Respondents produce responsive documents and information, but Respondents did not respond. *Id*. Moreover, Respondents failed to meet their financial obligations before Respondents' counsel. *Id*. It would not be in the interests of justice to impose further financial burden on Respondents' counsel, especially, as here where Respondents provided no instructions as to further proceedings and did not cooperate with counsel.

Respondents propose this extension in good faith and not for the purpose of delay. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording Respondents' counsel to withdraw.

WHEREFORE, with Petitioner's consent, Respondents respectfully requests that Respondents' response to motion to compel be extended until 14 days after Respondents' counsel motion to withdraw is resolved.

Dated: October 18, 2024                    Respectfully submitted,

PIERSON FERDINAND LLP

/s/ *Gene M. Burd*
Gene M. Burd (D.C. Bar No. 1004330)
gene.burd@pierferd.com
601 Pennsylvania Avenue NW, Suite 900
Washington D.C. 20004
Tel: 202-803-5407

XTRATEGY LLC
Jose Antonio Rivas Campo
(D.C. Bar No. 990539)
1717 K Street, NW, Suite 900
Washington D.C. 20006
Tel. 202 944-0084
Email: jarivas@xtrategycenter.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, I caused a copy of the foregoing documents to be served via the court's ECF system on all parties as identified in the Notice of Electronic Filing.

*/s/ Gene M. Burd*
Gene M. Burd
(D.C. Bar No. 1004330)

PIERSON FERDINAND LLP
601 Pennsylvania Avenue NW
Suite 900
Washington D.C. 20004
