**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARCHIRODON CONSTRUCTION (OVERSEAS) COMPANY LIMITED,<br><br>Petitioner,<br>v.<br><br>GENERAL COMPANY FOR PORTS OF IRAQ, MINISTRY OF TRANSPORT OF THE REPUBLIC OF IRAQ, THE REPUBLIC OF IRAQ,<br><br>Respondents. | No. 22-cv-1571 (JEB) |

**NOTICE OF SATISFACTION OF JUDGMENT**

WHEREAS on February 1, 2024, this Court entered a judgment in favor of Petitioner Archirodon Construction (Overseas) Company Limited and against Respondents General Company for Ports of Iraq, the Ministry of Transport of the Republic of Iraq, and the Republic of Iraq, jointly and severally, in the amount of USD $119,928,596.54 as of January 31, 2024, plus post-judgment interest as provided by 28 U.S.C. § 1961(a) (Dkt. 20) (the "Judgment");

WHEREAS, Respondents contested the Judgment based on multiple grounds, including, but not limited to, the lack of subject matter jurisdiction and that Respondents are not subject to suit on the basis of foreign sovereign immunity;

WHEREAS on October 26, 2025, the parties entered into a Settlement Agreement that provides for the full resolution of the matters in dispute;

WHEREAS Respondents have fully performed their financial obligations under the Settlement Agreement;

WHEREAS, pursuant to the terms of the Settlement Agreement, the Judgment has been deemed fully paid and satisfied; and

WHEREAS it is certified that there are no outstanding executions on the Judgment with any sheriff or marshal;

THEREFORE, without prejudice to Respondents' prior assertions regarding jurisdiction and sovereign immunity, and solely pursuant to the terms of the Settlement Agreement and not as an admission of liability or waiver of any defenses, full and complete satisfaction of the Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized to make an entry of the full and complete satisfaction of the Judgment on the docket.

Dated: October 30, 2025
Washington, D.C.

Respectfully submitted,

/s/ Robert K. Kry

Robert K. Kry
D.C. Bar # 490545
MOLO LAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2011
rkry@mololamken.com

Alexandra C. Eynon
*(pro hac vice)*
MOLO LAMKEN LLP
430 Park Avenue, 6th Floor
New York, New York 10022

*Attorneys for Petitioner Archirodon Construction (Overseas) Company Limited*

**CERTIFICATE OF SERVICE**

I certify that, on October 30, 2025, the foregoing document was served on respondents as follows:

BY U.S. MAIL TO:

GENERAL COMPANY FOR PORTS OF IRAQ
Malik bin Dinar Street, Ma'qil Quarter
Basrah, Iraq

MINISTRY OF TRANSPORT OF THE REPUBLIC OF IRAQ
Omar Bin Al Khatab Street and Bur Said Street
Baghdad, Iraq

THE REPUBLIC OF IRAQ
c/o Minister of Foreign Affairs
Ministry of Foreign Affairs
Al-Salhiya, Fadhil Al-Jimali Street
Baghdad, Iraq

BY EMAIL TO:

info@scp.gov.iq
legal_dept@moj.gov.iq
Attention: Legal Department

/s/ Robert K. Kry
Robert K. Kry